# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

September 1, 2020

*By Electronic Filing*

Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *Fioranelli v. CBS Broadcasting Inc.*, No. 15-cv-00952 (VSB)

Dear Judge Broderick:

We represent defendants CBS Broadcasting Inc. ("CBS"), BBC Studios Americas, Inc. (formerly BBC Worldwide Americas, Inc.) ("BBC"), Veritone, Inc. (formerly T3Media, Inc.) ("T3Media"), Testimony Films, Ltd. ("Testimony"), Paramount Pictures Corporation ("Paramount"), MorningStar Entertainment, LLC ("MorningStar"), Creative Differences, LLC ("Creative Differences"), JVCT Productions, Inc. ("JVCT"), Ipse Dixit Entertainment, Inc. ("Ipse Dixit"), and A&E Television Networks, LLC ("AETN") (collectively, "Defendants") in this matter. We write to inform the Court that our colleague Robert Penchina passed away on August 11, 2020.

We request that the Court issue an order directing the clerk to 1) terminate Mr. Penchina's appearance in the case noted above as counsel for Defendants and 2) discontinue sending NEFs to his email address, penchinar@ballardspahr.com. I, and my colleague Elizabeth Seidlin-Bernstein, have already appeared and will continue to represent Defendants in this matter.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan