UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ANTHONY FIORANELLI,

                Plaintiff,

     -v-                                     15-CV-952 (VSB)

CBS BROADCASTING, INC., et al.,        **ORDER**

               Defendants.
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On July 28, 2021, I issued an Opinion & Order granting in part and denying in part Plaintiff's and Defendants' motions for summary judgment. (Doc. 182.) By on or before August 30, 2021, the parties are directed to file a joint status update with proposed next steps in this case, and should indicate whether the parties would like to be referred to a magistrate judge for settlement or whether the parties would like to set a trial date.

SO ORDERED.

Dated: August 23, 2021
       New York, New York

                                               _____
                                               Vernon S. Broderick
                                               United States District Judge