UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Fioranelli,

                           Plaintiff,

-against-

CBS Broadcasting, Inc. et al.,

                           Defendants.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 01/28/2022

1:15-cv-00952 (VSB) (SDA)

ORDER SCHEDULING TELEPHONIC
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    A follow-up settlement conference is scheduled before Magistrate Judge Stewart Aaron on February 14, 2022, at 10:30 a.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

    The Court will provide dial-in information to the parties by email prior to the conference.

**SO ORDERED.**

Dated:    New York, New York
           January 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge